IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

REBECCA A. MARSH,

        Plaintiff,

v.

CAROLYN W. COLVIN,
Commissioner of Social Security,

        Defendant.

6:15-cv-0332-TC

ORDER

MCSHANE, Judge:

    Magistrate Judge Thomas M. Coffin filed a Findings and Recommendation (ECF No. 18), and the matter is now before me. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Plaintiff filed objections to the Findings and Recommendation. Accordingly, I have reviewed the file of this case *de novo*. *See* 28 U.S.C. § 636(b)(1)(c); *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). I find no substantive error and conclude the report is correct.

1 –ORDER

The only error found is the scrivener's error pointed out in the Commissioner's objection. This error, contained in the first paragraph, is clearly a scrivener's error as it states the Commissioner's final decision should be reversed. The other 15 pages of the Findings and Recommendation goes into great detail regarding why the Commissioner's final decision is supported by legal substantial evidence and free of legal error. I agree and adopt the entire report other than the last sentence of the introductory paragraph which states, "For the reasons set forth below, the Commissioner's decision should be reversed and this case should be remanded for further proceedings." I strike that scrivener's error. The rest of Magistrate Judge Coffin's Findings and Recommendation (ECF No. 18) is adopted. The Commissioner's final decision is AFFIRMED.

IT IS SO ORDERED.

DATED this 23rd day of August, 2016.

       /s/ Michael J. McShane      
Michael McShane
United States District Judge

2 –ORDER